No. 165. Feliú, Peticionario, *v.* Cuevas Zequeira, Juez Distrito Humacao, Demandado.—*Mandamus.* Noviembre 9, 1917. *Archivada la solicitud por carecer de finalidad práctica.*

---

No. 1739. Alejandro, Apelada, *v.* Juncos et al., Apelantes.—Filiación. Nulidad de testamento. Humacao. Noviembre 9, 1917. *Desestimada la apelación por radicarse fuera de término el escrito de apelación.*

---

No. 1748. Gierbolini, Apelado, *v.* Rodríguez et al. y Torres & Enseñat, Apelante la Ultima.—Cobro de dinero. Ponce. Noviembre 9, 1917. *Desestimada la apelación por falta de transcripción.*

---

No. 1189. El Pueblo, Apelado, *v.* Escapa, Apelante.—Falsa representación e impostura. Ponce. Noviembre 9, 1917. *Confirmada la sentencia.*

---

No. 1191. El Pueblo, Apelado, *v.* Dávila, Apelante.—Infracción Ley de Pesas y Medidas. San Juan, Sección 2ª. Noviembre 9, 1917. *Confirmada la sentencia.*

---

No. 1194. El Pueblo, Apelado, *v.* Feliciano, Apelante.—Portar armas. Aguadilla. Noviembre 9, 1917. *Confirmada la sentencia.*

---

No. 1458. Cruz, Apelante, *v.* Sucesión Santiago, Apelada.—Dominio. Ponce. Noviembre 9, 1917. *Desestimada la apelación por falta de transcripción.*